FILED
2011 May-17  PM 01:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAMAL K. ROY, | } | |
| | } | |
|     Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 11-AR-1621-S |
| | } | |
| MICHELLE OBAMA, et al., | } | |
| | } | |
|     Defendants. | } | |

### MEMORANDUM OPINION

The court has spent over an hour trying to comprehend the purported complaint filed by Kamal K. Roy against Michelle Obama and others.  Try as it might, the court cannot make sense of the complaint, which not only is lacking in colorable merit, but is not accompanied either by the filing fee, nor an application for the right to proceed *in forma pauperis*.  Not wanting to try to make sense of the nonsensical, the action, whatever it may be, and whomever it may seek relief against, will be dismissed without prejudice by separate order.

DONE this 17th day of May, 2011.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE